**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case: 1:26–mc–00185
Assigned To : Contreras, Rudolph
Assign. Date : 11/3/2026
Description: Misc.

| | |
|---|---|
| **In the Matter of:**<br><br>**CERTAIN MOBILE ELECTRONIC DEVICES** | **MISC. ACTION NO.:________**<br><br>**REQUEST FOR ISSUANCE OF AN ORDER/COMMISSION AUTHORIZING DEPOSITIONS IN JAPAN**<br><br>**U.S. ITC Inv. No. 337-TA-1516**<br><br>**DEPONENTS:**<br>**Employees of Maxell, Ltd.: Yasunori Hayashida, Satoshi Nakayama, and Fumio Oonuma** |

**UNOPPOSED MOTION OF SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. FOR ISSUANCE OF AN ORDER/COMMISSION AUTHORIZING DEPOSITIONS IN JAPAN**

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), as Respondents in *Certain Mobile Electronic Devices*, Investigation No. 337-TA-1516 ("Investigation") before the U.S. International Trade Commission ("ITC"), respectfully move this Court, upon recommendation from the ITC (Exhibit 1), to issue the attached order (Exhibit 2) to enable any Consul or Vice Consul of the United States assigned to the United States Embassy in Tokyo, Japan, to permit the taking of voluntary depositions of employees of Complainant Maxell, Ltd. ("Maxell"), located in Japan:

> **Maxell, Ltd.**
> 1 Koizumi, Oyamazaki, Oyamazaki-cho, Otokuni-gun, Kyoto, 618-8525 Japan

Maxell will provide the following employees to appear voluntarily for depositions at the United States Embassy in Tokyo, Japan, beginning on or about December 7, 2026, and continuing

RECEIVED
NOV 03 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

day-to-day until on or about December 14, 2026, including: Yasunori Hayashida, Satoshi Nakayama, and Fumio Oonuma.

For the reasons set forth in the accompanying memorandum of points and authorities, incorporated herein by reference, Samsung respectfully requests that the Court assign a judge to this matter and, if necessary, schedule a hearing to expedite the issuance of this order, so that the parties may comply with the procedural schedule in the ITC Investigation and have sufficient time to obtain the necessary visas to conduct the depositions at the United States Embassy in Tokyo, Japan. No party opposes this motion.

Dated: November 3, 2026

Respectfully submitted,

By: _/s/ Helena Kiepura_

Sean Cunningham
Erin Gibson
Helena Kiepura
Salvatore Tamburo
Ankur Desai
Henry Fildes
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: 202-799-4000
Fax: 202-799-5000

Mark Fowler
Erik Fuehrer
**DLA PIPER LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Tel: 650-833-2000
Fax: 650-833-2001

Brian Erickson
Michael Saulnier
**DLA PIPER LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701-4653
Tel: 512-457-7000
Fax: 512-457-7001

Martin Ellison
Tessa Duxbury
**DLA PIPER LLP (US)** 2000
Avenue of the Stars, Suite 400
North Tower
Los Angeles, CA 90067
Tel: 310-595-3000
Fax: 310-595-3300

James Heintz
**DLA PIPER LLP (US)**
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, VA 20190-5602
Tel: 703-773-4000
Fax: 703-773-5000

Paulina Starostka
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: 312-251-5710
Fax: 312-236-7516

Erin Larson
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Tel: 212-335-4500
Fax: 212-335-4501

Stefan Greenewald
**DLA PIPER LLP (US)** 33 Arch
Street, 26th Floor
Boston, MA 02110-1447
Tel: 617-406-6000
Fax: 617-406-6100

Peter VandeVort
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415-836-2500
Fax: 415-836-2501

Michael Gniwisch
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel: 215-656-3300
Fax: 215-656-3301

*Counsel for Respondents Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In the Matter of:**<br><br>**CERTAIN MOBILE ELECTRONIC DEVICES** | **MISC. ACTION NO.:__________**<br><br>**REQUEST FOR ISSUANCE OF AN ORDER/COMMISSION AUTHORIZING DEPOSITIONS IN JAPAN**<br><br>**U.S. ITC Inv. No. 337-TA-1516**<br><br>**DEPONENTS:**<br>**Employees of Maxell, Ltd.: Yasunori Hayashida, Satoshi Nakayama, and Fumio Oonuma** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE UNOPPOSED MOTION OF SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. FOR ISSUANCE OF AN ORDER/COMMISSION AUTHORIZING DEPOSITIONS IN JAPAN**

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), as Respondents in *Certain Mobile Electronic Devices*, Investigation No. 337-TA-1516 ("Investigation") before the U.S. International Trade Commission ("ITC"), hereby submit this memorandum of points and authorities in support of their motion for an Order from this Court to enable any Consul or Vice Consul of the United States assigned to the United States Embassy in Tokyo, Japan, to permit the taking of voluntary depositions of employees of Complainant Maxell, Ltd. ("Maxell"), located in Japan.

## I. STATEMENT OF FACTS

On October 28, 2026, pursuant to 19 C.F.R. § 210.28 of the ITC Rules of Practice and Procedure and the Ground Rules set forth in Order No. 2 in the Investigation, Samsung served its first Notice of 30(b)(6) Deposition on Complainant Maxell. *See* Ex. 3 (Samsung's Notice of Deposition to Maxell). On November 3, 2026, Samsung served Notices of 30(b)(1) Depositions

on several Maxell employees, including Yasunori Hayashida, Satoshi Nakayama, and Fumio Oonuma. *See* Exs. 7–9 (Samsung's Notices of Deposition to Maxell employees). Maxell is voluntarily producing witnesses located in Japan in response, including Messrs. Hayashida, Nakayama, and Oonuma. Their testimony is key to Samsung's affirmative defense of inequitable conduct, because Maxell contends that those employees were intimately involved in prosecuting the patent Samsung contends was obtained by fraud. *See* 19 C.F.R. § 210.28; *see also* Fed. R. Civ. P. 30(b)(1), (b)(6). Accordingly, Samsung has reserved rooms at the United States Embassy in Tokyo, Japan, for these depositions, beginning on or about December 7, 2026, through on or about December 14, 2026. *See* Ex. 4 (Reservation Confirmation).

On October 30, 2026, Samsung requested that the Honorable Cameron Elliot, the Administrative Law Judge ("ALJ") presiding over the Investigation, issue a Recommendation to this Court for an order or commission allowing these depositions to go forward in Tokyo, Japan on those dates, and the ALJ issued that Recommendation on November 2, 2026. *See* Ex. 1 (ALJ Recommendation).

The United States Embassy in Tokyo, Japan requires an order or commission from a United States District Court to conduct the depositions and for participants to obtain visas to enter Japan for that purpose. Accordingly, Samsung files the present motion to obtain an order permitting the depositions to proceed in Tokyo, Japan as scheduled.

## II. STATEMENT OF POINTS AND AUTHORITIES

Agreements between the United States and the Government of Japan require an order from a United States District Court, together with a recommendation from the ALJ, before these depositions may take place. *Japan Judicial Assistance Information*, available at: https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Japan.

html (last accessed November 3, 2026). Article 17(1)(e)(ii)–(iii) of the U.S.-Japan Consular Convention provides that consular officers may:

> (ii) take depositions, on behalf of the courts or other judicial tribunals or authorities of the sending state, voluntarily given, or
>
> (iii) administer oaths to any person in the receiving state in accordance with the laws of the sending state and in a manner not inconsistent with the laws of the receiving state.

*Id.* (quoting U.S. Japan Consular Convention, Art. 17(1)(e)(ii), (iii), Mar. 22, 1963, 15 U.S.T. 768). Depositions of a willing witness in Japan must be: (1) presided over by a United States consular officer; (2) conducted on United States consular premises; (3) taken pursuant to an American court order or commission; and (4) any non-Japanese participant travelling to Japan applies for and obtains a Japanese Special Deposition visa. *Id.* To comply with these requirements, the Tokyo Embassy requires that parties seeking to conduct depositions submit a certified copy of the court order or commission that includes the names of everyone to be deposed. *Id.*; *see also* U.S. Embassy & Consulates in Japan, *Depositions in Japan*, available at: https://jp.usembassy.gov/services/depositions-in-japan/ (last accessed July 16, 2026). The requested order is necessary because the Government of Japan interprets these provisions strictly.

This Court has the authority to issue the requested order or commission pursuant to the All Writs Act, 28 U.S.C. § 1651. This Court has honored such requests in the past to permit the taking of depositions in other ITC investigations. *See, e.g., Certain NAND and DRAM Memory Chips*, Misc. No. 1:26-mc-00112-SLS (D.D.C. July 31, 2026) (attached as Ex. 5); *Certain Graphics Processors, DDR Memory Controllers, & Prods. Containing Same*, Misc. No. 1:17-mc-01531-APM (D.D.C. June 29, 2017) (attached as Ex. 6).

## III. CONCLUSION

For the foregoing reasons, Samsung respectfully requests that this Court grant this motion, in accordance with the ITC's recommendation, issue the attached order or commission, and, if necessary, schedule a hearing to expedite its issuance, so that the parties may comply with the procedural schedule in the Investigation and have sufficient time to obtain the necessary visas to conduct the depositions at the United States Embassy in Tokyo, Japan.

Dated: November 3, 2026

Respectfully submitted,

By: */s/ Helena Kiepura*

Sean Cunningham
Erin Gibson
Helena Kiepura
Salvatore Tamburo
Ankur Desai
Henry Fildes
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: 202-799-4000
Fax: 202-799-5000

Mark Fowler
Erik Fuehrer
**DLA PIPER LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Tel: 650-833-2000
Fax: 650-833-2001

Brian Erickson
Michael Saulnier
**DLA PIPER LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701-4653
Tel: 512-457-7000
Fax: 512-457-7001

Martin Ellison
Tessa Duxbury

**DLA PIPER LLP (US)** 2000
Avenue of the Stars, Suite 400
North Tower
Los Angeles, CA 90067
Tel: 310-595-3000
Fax: 310-595-3300

James Heintz
**DLA PIPER LLP (US)**
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, VA 20190-5602
Tel: 703-773-4000
Fax: 703-773-5000

Paulina Starostka
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: 312-251-5710
Fax: 312-236-7516

Erin Larson
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Tel: 212-335-4500
Fax: 212-335-4501

Stefan Greenewald
**DLA PIPER LLP (US)** 33 Arch
Street, 26th Floor
Boston, MA 02110-1447
Tel: 617-406-6000
Fax: 617-406-6100

Peter VandeVort
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415-836-2500
Fax: 415-836-2501

Michael Gniwisch
**DLA PIPER LLP (US)**

One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel: 215-656-3300
Fax: 215-656-3301

*Counsel for Respondents Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Respondents Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. conferred with counsel for Complainant Maxell, Ltd., and this motion is unopposed.

/s/ *Helena Kiepura*
Helena Kiepura (DC Bar No. 1004347)